FILED

2012 JUN -8 PM 12: 23

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STEVEN SELLERS,

     Plaintiff,

vs.

                                      Case No.: 3:12-CV-653-J-32JRK
                                      Division.:

UNITED STATES OF AMERICA,

     Defendant.

---

### COMPLAINT

The Plaintiff, STEVEN SELLERS, an individual, sues the Defendant, UNITED STATES OF AMERICA ("United States"), and alleges:

### COUNT ONE

1.    This is a civil action for damages brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b) & 28 U.S.C. §§ 2671-80, based on a personal injury claim due to a motor vehicle accident that occurred on or about May 20, 2010, between Plaintiff and a United States Postal Service truck at or near the intersection of SR 152 and I-95 in Jacksonville, Duval County, Florida.

2.    At all times material hereto, the Plaintiff was a resident of Orange Park, Florida in the Middle District of Florida.

3.     Pursuant to 28 U.S.C. § 2675(a), the Plaintiff presented his claim against the United States to the United States Postal Service on or about June 24, 2010.

4.     On July 20, 2011, the United States Postal Service offered $15,000 to resolve the Plaintiff's claim and the Plaintiff chose to reject the offer and proceed with the subject action.

5.     At all times material hereto, the United States Postal Service was a department or agency of the United States Government.  The Defendant, United States, through its United States Postal Service employed a driver named Scott Calvin who negligently caused his Postal truck to slam into Plaintiff's vehicle while he was in the course and scope of his employment for the United States Postal Service.

6.     The aforesaid accident occurred as a direct and proximate result of the negligence of the aforesaid driver, an employee of the United States Postal Service, acting within the course and scope of his employment at the time of the accident.

7.     As a direct and proximate result of the Defendant's failure to exercise reasonable care as set forth above, Plaintiff suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, and aggravation of previously existing conditions.  The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, Steven Sellers, demands judgment for damages, interest and

costs against the Defendant, United States.

**FARAH & FARAH, P.A**.

JEFFREY L. GADD, ESQ.
Attorney for Plaintiff
Florida Bar No. 0027786
1534 Kingsley Avenue
Orange Park, FL 32073
Telephone::(904)264-0701
Facsimile:(904)278-1939
Email: jgadd@farahandfarah.com