UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN SELLERS,

      Plaintiff,                                     CASE NO.: 3:12-CV-653-J-32-JRK

vs.

UNITED STATES OF AMERICA

      Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Steven Sellers, by and through his undersigned counsel, hereby files this Notice of Dismissal with Prejudice as it relates to Defendant, United States of America.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Kimberly A. Herbst, Supervisor, Tort Claims/Adjudicator, USPS-National Tort Center, 1720 Market Street, Room 240, St. Louis, MO 63155-9948 by Electronic Mail and U.S. Mail this 14th day of September, 2012.

                                                        FARAH & FARAH, P.A.

                                                        _____
                                                        Jeffrey L. Gadd
                                                        Florida Bar No.: 0027786
                                                        1534 Kingsley Avenue
                                                        Orange Park, Florida 32073
                                                        (904) 264-0701
                                                        (904) 278-1939 (facsimile)
                                                        Attorney for Plaintiff