**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STEVEN SELLERS,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　Case No. 3:12-cv-653-J-32JRK

UNITED STATES OF AMERICA,

    Defendant.

## **ORDER**

Upon review of the Plaintiff's Notice of Voluntary Dismissal (Doc. 4), this case is dismissed with prejudice.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of October, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

em
Copies to:
Counsel of Record